**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------x
UNITED STATES OF AMERICA

-v-  ORDER
 CR03-459 (JBW)
VANTROY SANCHEZ

-------------------------------x

A letter dated June 30, 2005, from Warden John Nash has been received. Any "correction" will require a formal motion.

SO ORDERED

JACK B. WEINSTEIN
SR. U.S.D.J.

DATED: 7/13/05

